NUMBER 13-01-613-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


____________________________________________________________________


MC/VC, INC. D/B/A PARTY PLACE CABARET , Appellant,



v.



TEXAS ALCOHOLIC BEVERAGE COMMISSION , Appellee.

____________________________________________________________________



On appeal from the 347th District Court

of Nueces County, Texas.


____________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo

Opinion Per Curiam



 Appellant, MC/VC, INC. D/B/A PARTY PLACE CABARET , perfected an appeal from a judgment entered
by the 347th District Court of Nueces County, Texas, in cause number 01-3767-H . After the record and
briefs were filed and after the cause was set for submission and oral argument, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that the issues raised in this appeal have since become
moot. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the
opinion that the motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 1st day of May, 2003 .